12663.   CHATHAM ABATTOIR AND PACKING COMPANY *et al. v.* PAINTER ENGINEERING COMPANY.

STEPHENS, J.   1. The defendant, being a bailee for hire, was under a duty to the plaintiff, the bailor, to exercise ordinary care and diligence to preserve and safeguard the property bailed.   Civil Code (1910), § 3488.

2. It being alleged in the petition that the property bailed was damaged by a negligent act of the bailee acting through its servant or agent, the petition alleged a cause of action and was good against a general demurrer.          *Judgment affirmed. Jenkins, P. J., concurs.*

DECIDED JULY 24, 1922.

Action for damages; for city court of Savannah — Judge Rourke.   June 15, 1921.

*Aaron Kravitch, John E. Schwarz,* for plaintiff in error.

*Lewis A. Mills Jr.,* contra.